397 P.2d 220

The STATE of Arizona, Appellee,

v.

Henry HANSHAW, Appellant.

No. 1530.

Supreme Court of Arizona.

En Banc.

Dec. 16, 1964.

**110**

by the trial court pursuant to A.R.S. § 13–161 to handle his appeal. Counsel advised this court by written communication that he had searched the record and the transcript and was unable to find grounds upon which the appeal could be based. This court ordered the appeal be submitted. On examination of the record, including the transcript of testimony, we find no grounds upon which the appeal could be based. State v. Burrell, 96 Ariz. 233, 393 P.2d 921.

Affirmed.

———◇———

Robert W. Pickrell, Atty. Gen., and Charles N. Ronan, Maricopa County Atty., for appellee.

Sydney Block, Phoenix, for appellant.

PER CURIAM.

Appellant was charged with robbery, pursuant to A.R.S. § 13–641 and A.R.S. § 13–643. He pleaded not guilty and was duly tried. The evidence established an employee was held at gun point while a store was robbed of thirty dollars. Appellant was identified at trial by the employee on whom appellant had held the gun. Appellant was sentenced to an indeterminate term of from 5 to 10 years.

Appellant filed his notice of appeal in propria persona and counsel was appointed